**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

    Stephen D Tenuto

    Debtor(s)

Case No. 16-27887

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/30/2016, and was converted to chapter 13 on 04/28/2017.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 07/21/2017.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,279.92.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITIZENS FINANCE | Unsecured | 442.02 | NA | NA | 0.00 | 0.00 |
| CITIZENS FINANCE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 15,462.85 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORPORA | Unsecured | 11,383.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORPORA | Secured | 8,910.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICES/DI | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICES/DI | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICES/DI | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICES/DI | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICES/DI | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICES/DI | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 442.02 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTIONS/TCF NATI | Unsecured | 1,851.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTIONS/TCF NATI | Unsecured | 1,096.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTIONS/TCF NATI | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 1,134.00 | NA | NA | 0.00 | 0.00 |
| ARGON CREDIT | Unsecured | 8,862.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 4,100.00 | NA | NA | 0.00 | 0.00 |
| BELL FUNDING GROUP | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 6,577.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 807.00 | NA | NA | 0.00 | 0.00 |
| CFS AURORA | Unsecured | 1,720.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 1,422.02 | NA | NA | 0.00 | 0.00 |
| COLLEGE OF DUPAGE | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| CORPORATE AMERICA FCU | Unsecured | 961.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CORPORATE AMERICA FCU | Unsecured | 357.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 915.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPAUL UNIVERSITY | Unsecured | 3,850.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES CREDIT UNION | Unsecured | 1,398.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCIAL | Unsecured | 10,693.00 | NA | NA | 0.00 | 0.00 |
| HSBC/DISCOVER | Unsecured | 766.82 | NA | NA | 0.00 | 0.00 |
| HSBC/ORCHARD BANK | Unsecured | 868.24 | NA | NA | 0.00 | 0.00 |
| JVDB ASC/SIR FINANCE CORP | Unsecured | 1,706.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST BANK & TRUST | Unsecured | 805.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 1,430.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK/GEICO CARD | Unsecured | 1,430.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 1,266.70 | NA | NA | 0.00 | 0.00 |
| PAYDAY ONE | Unsecured | 1,121.40 | NA | NA | 0.00 | 0.00 |
| PROSPER MARKETPLACE | Unsecured | 4,162.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Unsecured | 1,768.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK/AMAZON | Unsecured | 554.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK/WALMART | Unsecured | 922.00 | NA | NA | 0.00 | 0.00 |
| TEK COLLECT INC/ADAM C SZATKO | Unsecured | 1,714.00 | NA | NA | 0.00 | 0.00 |
| TOYOTA FINANCIAL SERVICES | Unsecured | 10,714.00 | NA | NA | 0.00 | 0.00 |
| TURNER ACCEPTANCE CRP | Unsecured | 1,651.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL LENDERS INC | Unsecured | 3,160.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | 1,765.00 | NA | NA | 0.00 | 0.00 |
| AAA CHECKMATE LLC | Unsecured | 1,693.49 | NA | NA | 0.00 | 0.00 |
| ADVANCE PAYCHECK INC | Unsecured | 722.62 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| BMAC LOANS | Unsecured | 2,777.91 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS BANK | Unsecured | 4,481.82 | NA | NA | 0.00 | 0.00 |
| BROOKWOOD LOANS | Unsecured | 3,369.85 | NA | NA | 0.00 | 0.00 |
| BROTHER LOAN FINANCE | Unsecured | 1,892.23 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES/OR | Unsecured | 930.57 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 699.73 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 1,422.02 | NA | NA | 0.00 | 0.00 |
| CITIZENS BANK | Unsecured | 2,279.58 | NA | NA | 0.00 | 0.00 |
| CORPORATE ALERICA FAMILY CREI | Unsecured | 1,282.09 | NA | NA | 0.00 | 0.00 |
| DNF ASSOCIATES LLC | Unsecured | 3,482.93 | NA | NA | 0.00 | 0.00 |
| ELGIN COMMUNITY COLLEGE | Unsecured | 527.50 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE HOLDINGS | Unsecured | 174.73 | NA | NA | 0.00 | 0.00 |
| FIRST MERIT BANK | Unsecured | 2,800.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,121.40 | NA | NA | 0.00 | 0.00 |
| MEADOWS CREDIT UNION | Unsecured | 2,704.79 | NA | NA | 0.00 | 0.00 |
| MID AMERICA BANK & TRUST | Unsecured | 752.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL PAYDAY LOAN | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| OPPORTUNITY FINANCIAL LLC | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| PAYPAL BILL ME LATER | Unsecured | 2,319.33 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 6,577.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 807.06 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 786.36 | NA | NA | 0.00 | 0.00 |
| QUICK CLICK LOANS | Unsecured | 2,667.00 | NA | NA | 0.00 | 0.00 |
| RIVER FINANCIAL | Unsecured | 495.79 | NA | NA | 0.00 | 0.00 |
| SIR FINANCE CORPORATION | Unsecured | 2,055.87 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SOVEREIGN ADVANCE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| SPOT/LOAN | Unsecured | 1,099.20 | NA | NA | 0.00 | 0.00 |
| TARGET FINANCIAL LLC | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 3,142.78 | NA | NA | 0.00 | 0.00 |
| TELECHECK | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| TELECHECK | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| TOTAL LOAN COMPANY | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| TREMONT LENDING | Unsecured | 286.40 | NA | NA | 0.00 | 0.00 |
| TREMONT LENDING | Unsecured | 286.40 | NA | NA | 0.00 | 0.00 |
| ZINGO CASH | Unsecured | 2,299.54 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/25/2017          By: /s/ Glenn Stearns
                                                 Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**